Scottlynn J Hubbard IV, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Michael Rocca

Wayne Avrashow, SBN 152650
**LAW OFFICES OF WAYNE AVRASHOW**
16133 Ventura Blvd.,Penthouse Suite A
Encino, CA 91436
Telephone: (818) 995-1100
Facsimile: (818) 789-0947
Email: walaw@sbcglobal.net

Attorneys for Defendant Denjas, Inc.

Tina I. Mangarpan, SBN 117898
Adam C. Hackett, SBN 220679
**FORD WALKER HAGGERTY & BEHAR**
One World Trade Center
Twenty-Seventh Floor
Long Beach, CA 90831-2700
Telephone: (562) 983-2500
Facsimile: (562) 983-2555
Email: tina@fwhb.com
         ahackett@fwhb.com

Attorneys for Defendant R and R Investment Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca, | Case No.  CV15-04200 MMM (JEMx) |
| Plaintiff, | **Joint Stipulation for Dismissal** |
| v. | |
| Denjas, Inc. dba Denny's #8151; R & R Investment Group, LLC, | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2  Through this Joint Stipulation, plaintiff Michael Rocca and Defendants
3  Denjas, Inc. and R and R Investment Group LLC, hereby stipulate that the
4  above-entitled action be dismissed with prejudice in its entirety pursuant to Fed.
5  R. Civ. P. 41(a)(1)(A)(ii).

7  Dated: October 13, 2015     DISABLED ADVOCACY GROUP, APLC

9       _/s/ Scottlynn J Hubbard /_
10 Scottlynn J Hubbard IV
   Attorneys for Plaintiff

12 Dated: October 13, 2015     LAW OFFICES OF WAYNE AVRASHOW

15      _/s/ Wayne Avrashow /_
   Wayne Avrashow
16 Attorneys for Defendant Denjas, Inc.

17 Dated: October 13, 2015     FORD WALKER HAGGERTY & BEHAR
18

20      _/s/ Tina I. Mangarpan /_
   Tina I. Mangarpan
21 Adam C. Hackett
   Attorneys for Defendant R and R Investment
22 Group, LLC